# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG KWON,<br>     Plaintiff,<br><br>          v.<br><br>SPACE E.UM, INC. AND<br>BRUNSWIG OFFICE<br>CENTER, LP,<br>     Defendant. | Case No. CV 19-06001 DSF (RAOx)<br><br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to request entry of default as to defendants Space E.Um, Inc. and Brunswig Office Center, LP,

IT IS ORDERED AND ADJUDGED that this action be dismissed.


Date: January 3, 2020

_____
Dale S. Fischer
United States District Judge